An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

ANN LOSEE PAD, LLC, A NEVADA
LIMITED LIABILITY COMPANY;
AMERICAN PACIFIC CAPITAL
CENTENNIAL SIMMONS COMPANY,
LLC, A NEVADA LIMITED LIABILITY
COMPANY; D.M.S.I., LLC, A NEVADA
LIMITED LIABILITY COMPANY; YOEL
INY, INDIVIDUALLY AND AS
TRUSTEE OF THE Y&T INY FAMILY
TRUST; NOAM SCHWARTZ,
INDIVIDUALLY AND AS TRUSTEE OF
THE NOAM SCHWARTZ TRUST;
NOAM SCHWARTZ TRUST, TRUST;
AND Y&T INY FAMILY TRUST, A
TRUST,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
KENNETH C. CORY, DISTRICT
JUDGE,
Respondents,
and
EDGAR RODRIGUEZ, RECEIVER;
BANK OF AMERICA, N.A., A
NATIONAL BANKING ASSOCIATION;
AND AMERCO REAL ESTATE
COMPANY,
Real Parties in Interest.

No. 62915

**FILED**

JUL 0 1 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING PETITION FOR WRIT OF PROHIBITION

On May 16, 2013, petitioners filed a stipulation and agreement to dismiss their writ petition, which we construe as a motion to voluntarily dismiss the writ petition. Also on May 16, 2013, Ann Road,

13-19323

LLC filed a motion to intervene as a real party in interest, claiming to be the purchaser of the subject property, and sought leave to file an answer to the writ petition. Petitioners oppose the motion to intervene. Having considered the parties' arguments, we grant the motion to voluntarily dismiss the writ petition and deny the motion to intervene.[1] Accordingly, we dismiss the petition for writ of prohibition. The parties shall bear their own costs and fees. NRAP 42(b).

It is so ORDERED.[2]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

---

[1]We note that nothing in this order precludes Ann Road, LLC from pursuing any appropriate remedies in the district court.

[2]In light of this order, we disapprove and deny as moot all other pending stipulations and motions, respectively. Further, we vacate the temporary stay entered on April 3, 2013.

cc: Hon. Kenneth C. Cory, District Judge
Kolesar & Leatham, Chtd.
Armstrong Teasdale, LLP/Reno
Rutan & Tucker, LLP
Snell & Wilmer, LLP/Las Vegas
Lewis & Roca, LLP/Las Vegas
Carbajal & McNutt, LLP/Las Vegas
Gerrard Cox Larsen/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

3